**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Maria Melendez, et al.
                        Plaintiff,

v.                                              Case No.: 1:18−cv−02838
                                                     Honorable Matthew F. Kennelly

Saint Anthony Hospital
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, the case is dismissed without prejudice, with leave to move on or before 60 days from the date of the stipulation to seek enforcement of the settlement agreement or an extension of the time for filing a motion to reinstate. If no such request or motion is filed within 60 days from the date of the stipulation, the dismissal will become a dismissal with prejudice, without the need for a further order by the court. The 2/28/2019 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.